UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.: 3:12-cv-251-H

*Electronically Filed*

GLORIA SUZANNE COKE, EXECUTOR
OF THE ESTATE OF GLORIA NEFF, DECEASED                    PLAINTIFF

v.

GGNSC Louisville Camelot LLC,
d/b/a Golden Living Center —Camelot                        DEFENDANT

## NOTICE OF REMOVAL

*********

    Defendant, GGNSC Louisville Camelot, LLC d d/b/a Golden Living Center —Camelot, for its Notice of Removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, at Louisville, states:

    1.    That on or about April 26, 2012, Plaintiff, Gloria Suzanne Coke, Executor of the Estate of Gloria Neff, deceased, at all times relevant here to, filed a complaint in the Jefferson Circuit Court, Civil Action No. 12-CI-02373. Defendants, GGNSC Louisville Camelot, LLC d/b/a Golden Living Center —Camelot was served with the Summons and Complaint on April 27, 2012. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a) (Attached as Exhibit A).

    2.    Plaintiff, Gloria Suzanne Coke, Executor of the Estate of Gloria Neff, deceased, is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 12-CI-02373, a citizen of the Commonwealth of Kentucky.

3. GGNSC Louisville Camelot, LLC at all times relevant hereto, including at the time of the filing this Notice of Removal and at the commencement of Civil Action No. 12-CI-02373, is and was incorporated in the State of Delaware with its principal place of business in Fort Smith, Arkansas.

4. Golden Living Center —Camelot is an assumed name for GGNSC Louisville Camelot, LLC and at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 12-CI-02373, is and was incorporated in the State of Delaware with its principal place of business in Fort Smith, Arkansas.

5. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332(a)(1) and 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a). This is an action between citizens of different states.

6. Based upon the allegations raised in the Complaint attached hereto, including a request for punitive damages, this matter of controversy exceeds $75,000.00 in damages, exclusive of interest and costs.

7. This Notice of Removal is filed within thirty (30) days after Defendant, GGNSC Louisville Camelot, LLC d d/b/a Golden Living Center —Camelot, at all times relevant hereto, received a copy of Plaintiff's Complaint on April 27, 2012, as required by 28 U.S.C. § 1446(b).

8. A copy of this Notice of Removal will simultaneously be filed with the Clerk for the Jefferson Circuit Court, in the Commonwealth of Kentucky and served upon other counsel of record pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant, GGNSC Louisville Camelot, LLC d d/b/a Golden Living Center —Camelot at all times relevant hereto, give notice of the removal of this action from the

Circuit Court of Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky in the Louisville Division.

        Respectfully submitted,

        /s/ Jan G. Ahrens
        Donald L. Miller, II
        Jan G. Ahrens
        9300 Shelbyville Road, Suite 400
        Louisville, KY 40222
        Tel: (502) 423-6390
        Fax: (502) 423-6391
        Email: dmiller@qpwblaw.com
              jahrens@qpwblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May _____, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Jan G. Ahrens.

I hereby certify that a copy of the foregoing has been served upon the following, via regular US Mail:

Jeffrey T. Sampson
THE SAMPSON LAW FIRM
450 South Third Street, 4th Floor
Louisville, Kentucky 40202
*Counsel for Plaintiff*

/s/ Jan G. Ahrens
*Attorney for Defendants*